[Nos. 11471–9–I; 15280–7–I. Division One. January 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MORRIS JOHN FRAMPTON, *Appellant.*

*In the Matter of the Personal Restraint of*
MORRIS JOHN FRAMPTON, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 82804, Robert E. Dixon, J., entered November 10, 1982, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *granted* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.

[Nos. 16796–1–I; 16869–0–I. Division One. January 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL SEAN HARDIN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. NATHAN V. PAYNE, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 85–8–01921–2, 85–8–01920–4, James D. McCutcheon, Jr., J., entered July 25 and 11, 1985. *Reversed* and *dismissed* by unpublished opinion per Webster, J., concurred in by Williams and Grosse, JJ.

[No. 10061–4–II. Division Two. January 21, 1988.]

DONALD VISSER, *Respondent,* v. DAVID MACK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–06666–4, Rosanne Buckner, J., entered May 23, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.